# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** PENNY S. MCCAGUE
- **Case Number:** 19-21166-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 03, 2019 03:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED 2019 OCT -4 PH 2:11

**Matter:**

#19 - Final Confirmation of Plan Dated 4/30/2019 (NFC)
R / M #: 19 / 0

**Appearances:**

J. Steidl

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

Ebeck - Old Republic
Pavlovich - US Bank

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: 11/6/19 at 10:00.
10. _____ Other:

unfiled 2018 tax return

only 2 of 6 pmts made.

plan underfunded

9/26/2019   9:36:30AM