IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Penny S. McCague, | ) | Case No. 19-21166-CMB |
| *Debtor* | ) | |
| | ) | Chapter 13 |
| Steidl & Steinberg, P.C., | ) | |
| *Movant* | ) | Document No. |
| | ) | |
| Penny S. McCague and | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee, | ) | |
| *Respondents* | ) | |

## MOTION TO WITHDRAW AS DEBTOR'S COUNSEL

AND NOW, comes the movant, Steidl and Steinberg, P.C., by and through its attorney, Lauren M. Lamb, Esquire, and respectfully represents as follows:

1. This case was commenced on March 26, 2019 when the debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. Movant has continuously represented the debtor since the commencement of the bankruptcy case.

3. Movant and Debtor have irreconcilable differences that make it impossible for Movant to continue to represent Debtor.

4. Movant has advised Debtor to obtain new counsel as soon as possible.

WHEREFORE, the movant, Steidl & Steinberg, P.C., respectfully requests this Honorable Court allow it to withdraw as Debtor's counsel

Respectfully submitted,

| | |
|---|---|
| January 28, 2020 | /s/ Lauren M. Lamb |
| DATE | Lauren M. Lamb, Esquire |
| | Attorney for the Debtors |
| | STEIDL & STEINBERG |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D. No.  209201 |
| | llamb@steidl-steinberg.com |